RECEIVED

AUG 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LOUIS ENOCK | CIVIL ACTION NO. 04-2604-M |
| A 41 583 270 | SECTION P |
| VS. | JUDGE JAMES |
| TOM RIDGE, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 22 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE